UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, ex. Rel Mark Osheroff

        Plaintiff-Relator

v.

HUMANA, INC.;
HUMANA HEALTH INSURANCE COMPANY OF FLORIDA, INC.;
HUMANA MEDICAL PLAN, INC.;
CAREPLUS HEALTH PLANS, INC.;
CAC-FLORIDA MEDICAL CENTERS, LLC;
PASTEUR MEDICAL CENTER, INC. and;
MCCI GROUP HOLDINGS, LLC

        Defendants.
_____/

Case No.: 10-24486 CV-UNGARO

## NOTICE OF SETTLEMENT AND SUGGESTION OF MOOTNESS

Defendant MCCI Group Holdings, LLC ("MCCI") informs the Court as follows:

1. Plaintiff has reached an agreement with the Defendant, MCCI to resolve the claims against this Defendant.

2. The parties are in the process of finalizing a settlement agreement and will be filing a Notice of Dismissal with the Court upon approval of the settlement by the United States.

3. Accordingly the Defendant, MCCI's Motion to Dismiss [ECF No.67] shall

1

be deemed moot except as adopted by other Defendants.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy hereof was furnished via electronic transmission to all parties on the attached Electronic Mail Notice List and via Regular U.S. mail to: **June C. Acton** United States Attorney's Office 99 NE 4 Street, Miami, FL 33132 june.acton@usdoj.gov ; **K. Lee Blalack, II** O'Melveny & Myers 1625 Eye Street, NW Washington, DC 20006-4001 lblalack@omm.com ; **Joyce R. Branda** United States Department of Justice Commercial Litigation Branch 601 D Street NW Washington, DC 20004; **Michael Granston** United States Department of Justice Commercial Litigation Branch PO Box 261 Ben Franklin Station Washington, DC 20044; **John Clifford Hanson, II** The Barthet Firm 200 S. Biscayne Blvd. Suite 1800 Miami, FL 33131 jhanson@barthet.com ; **Jonathan Evan Kroner** 420 Lincoln Road, Suite 248 Miami Beach, FL 33139 jk@floridafalseclaim.com ; **Andrew Russell Kruppa** Squire, Sanders & Dempsey (US) LLP 200 S. Biscayne Blvd., Ste. 4100 Miami, FL 33131 andrew.kruppa@ssd.com ; **David J. Leviss** O'Melveny & Myers, LLP 1625 Eye Street, NW Washington, DC 20006 dleviss@omm.com ; **Daniel Christopher Mazanec** Squire, Sanders & Dempsey (US) LLP Suite 4100 200 South Biscayne Boulevard Miami, FL 33131 daniel.mazanec@ssd.com ; **Theodore L Radway** U.S. Attorney's Office Southern District of Florida 99 N.E. 4th Street Suite 300

Miami, FL 33132 ted.radway@usdoj.gov ; **Micah Smith** O'Melveny & Myers, LLP 1625 Eye Street, NW Washington, DC 20006 micahsmith@omm.com; and **Gary Paul Timin** Squire Sanders & Dempsey (US) LLP 200 S. Biscayne Blvd. Suite 4100 Miami, FL 33131-2398 gary.timin@ssd.com.

ARMAS & BORRON, LLP<br>
4960 SW 72nd Avenue<br>
Suite: 206<br>
Miami, Florida 33155<br>
(305) 661-2021

By: /s/ J. Alfredo Armas
J. ALFREDO DE ARMAS
FBN.: 360708