UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-24486-Civ-SCOLA

UNITED STATES OF AMERICA
*ex rel.* MARK OSHEROFF,

    Plaintiff,

vs.

HUMANA, INC. *et al.*

    Defendants.
_____/

**ORDER SETTING HEARING ON MOTIONS TO DISMISS;**
**ORDER GRANTING MOTION JUDICIAL NOTICE**

    THIS MATTER is before the Court on the Defendants' Joint Request for Oral Argument [ECF No. 74], which the Plaintiff does not oppose [ECF No. 94]. This Motion is **GRANTED**. The parties shall appear for a one-hour hearing on the Defendants' Motions to Dismiss [ECF Nos. 67, 69, 71] on September 24, 2012 at 2 p.m. The Defendants shall share 30 minutes for argument, and the Plaintiff shall have the remaining 30 minutes. The Defendants may divide up their allotted time as they see fit. In advance of the hearing, the Court hereby **GRANTS** the Unopposed Request for Judicial Notice [ECF No. 72].

    **DONE and ORDERED** in chambers at Miami, Florida on September 19, 2012.

                                                     ROBERT N. SCOLA, JR.
                                                     UNITED STATES DISTRICT JUDGE

*Copies to:*
Counsel of record